No. 89–7082. GRIZZELL v. MCWHERTER, GOVERNOR OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7090. HERNANDEZ v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 89–7092. MCQUILLION v. MAYNARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 89–7101. CROSBY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 89–7102. BROOKS v. FIRST BANK NATIONAL ASSN. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 89–7103. BREWER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 89–7113. IRVIN v. CITY OF CLARKSVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7115. KOULIZOS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–7131. ADDLEMAN v. DOLLIVER, CHIEF JUSTICE, SUPREME COURT OF WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–7132. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7139. MILLS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7141. GOLDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7143. PAZ URIBE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–7145. PARROTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7161. WILSON v. DENTON ET AL. C. A. 6th Cir. Certiorari denied.